UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| HUBERT J. SIMON ) | |
| MARIE B. SIMON, ) | |
| ) | Case No. 05 B 42102 |
| Debtor(s). ) | |

### ORDER COMBINED WITH NOTICE OF STATUS HEARING

PLEASE TAKE NOTICE that the Court will hold a status hearing in the above-captioned case on March 5, 2008 at 10:00 a.m. in Courtroom 744, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois.

The case trustee, Karen Goodman, or trustee's counsel is directed to appear at this hearing.

☑ The trustee shall report as to when a final report in this asset case may be expected.

☑ A representative of the United States Trustee's office is to appear in this matter.

Dated: January 25, 2008

ENTER:

*[signature]*
Judge Eugene R. Wedoff